UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-22-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | **(Under Seal)** |
| | ) | |
| RINARDO QUATRELL HOWELL | ) | |

On July 30, 2025, United States moved for Reduction of Sentence Under Rule 35 [D.E. 96]. The United States SHALL submit a specific recommendation not later than January 12, 2026.

SO ORDERED. This _22_ day of December, 2025.

James C. Dever III
United States District Judge